# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, )
) **Case No. 2:07-cr-145-KJD-PAL**
vs. )
) **O R D E R**
DANIEL J. EGAN )
        Defendant. )

On September 5, 2012, this Court received a request from Felicia Zabin, Court Reporter, for a transcript of the **Sealed Sidebar Conference** which took place on 9/17/2008.

    IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by **DANIEL J. EGAN, PRO SE**. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. §753(b), until further order of this Court.

    IT IS FURTHER ORDERED that Felicia Zabin, Court Reporter, shall not disclose the contents of the transcript of the **sealed** proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

    DATED this 5th day of Sept, 2012.

_____
KENT J. DAWSON
United States District Judge