1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

10   UNITED STATES OF AMERICA,

11          Plaintiff,                          Case No. 2:07-CR-00145-KJD-PAL

12   v.                                         **ORDER**

13   ROBERT ALLEN YOUNG,

14          Defendant.

15

16          Having reviewed the Motion and good cause appearing, the Court hereby **GRANTS** Angela

17   H. Dows' Motion to Withdraw as Counsel of Record (#1430). Chris T. Rasmussen, Defendant's

18   immediately preceding counsel will continue as Counsel of Record in this matter.

19          DATED this 12th day of August 2013.

20

21

22          _____

23          Kent J. Dawson
            United States District Judge

24

25

26